## UNITED STATES of America, Plaintiff–Appellee,

v.

## Christopher Ray PLOUFFE, Defendant–Appellant.

### No. 05–30045.

United States Court of Appeals, Ninth Circuit.

Feb. 13, 2006.

Joseph E. Thaggard, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Jeremy S. Yellin, Esq., Havre, MT, for Defendant–Appellant.

Before RONALD M. GOULD and MARSHA S. BERZON, Circuit Judges, and WILLIAM W SCHWARZER,* District Judge.

## ORDER

The parties are directed to file supplemental letter briefs addressing whether the court has jurisdiction to review the reasonableness of Appellant's sentence, which is within the Guidelines range, in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); our pre-*Booker* precedent such as *United States v. Reed,* 914 F.2d 1288 (9th Cir. 1990), and *United States v. Pelayo–Bautista,* 907 F.2d 99 (9th Cir.1990); and the holding of *Miller v. Gammie,* 335 F.3d 889, 893, 900 (9th Cir.2003) (en banc).

The parties are directed to file simultaneous letter briefs on or before fifteen (15) days from the filed date of this order. The briefs shall not exceed fifteen (15) pages (double-spaced)